UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKET MORTGAGE, LLC

     Plaintiff,                                Case No. 23-cv-10572
                                               Hon. Matthew F. Leitman
v.

HAMRO LENDING GROUP LLC, and
INDRA ADHIKARI,

     Defendants.
_____/

## <u>ORDER ADMINISTRATIVELY CLOSING CASE</u>

In March 2026, the parties informed the Court that they have reached a settlement to this matter.  Based on the parties' settlement, the Court **CLOSES** this case for administrative purposes.  The parties should still complete and file a stipulated order of dismissal when the form of that order is agreed upon.

    **IT IS SO ORDERED**.

                                     s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
Dated:  March 31, 2026         UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2026, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126

1